# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOHNATHON JAY HENRY,

    Plaintiff,

v.                                         CASE NO. 4:12cv531-RH/CAS

MR. RALPH, LIBRARY REPRESENTATIVE,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 15. No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

    SO ORDERED on July 20, 2013.

                                         s/Robert L. Hinkle
                                         United States District Judge