# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOHNATHON JAY HENRY,

    Plaintiff,

v.                                                  CASE NO. 4:12cv531-RH/CAS

MR. RALPH, LIBRARY REPRESENTATIVE,

    Defendant.

_____/

## ORDER DENYING THE MOTION FOR A PRELIMINARY INJUNCTION

A judgment for the defendant was entered on July 22, 2013. ECF No. 19. The plaintiff's motion to alter or amend the judgment was denied by an order entered on August 20, 2013. ECF No. 21. The plaintiff did not file a notice of appeal by the deadline of September 19, 2013, and the plaintiff still has not done so. The case is over.

On November 27, 2013, the plaintiff moved for a preliminary injunction or temporary restraining order. The motion is unfounded because the case is over. The plaintiff is not likely to prevail on the merits. To the contrary, the plaintiff is certain to lose and indeed has already done so.

Accordingly,

IT IS ORDERED:

The plaintiff's motion for a preliminary injunction and for a temporary restraining order, ECF No. 22, is DENIED.

SO ORDERED on December 5, 2013.

s/Robert L. Hinkle  
United States District Judge